```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JAMARLIN MARTIN,                                               :
                                                               :
                        Plaintiff,                             :
                                                               :        25-cv-27155 (LJL)
        -v-                                                    :
                                                               :        ORDER
MARK ZAGORSKI, et al.,                                         :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2025

LEWIS J. LIMAN, United States District Judge:

This Order memorializes the dates and orders set forth at the initial pretrial conference on June 16, 2025.

Plaintiff may file an amended complaint no later than July 14, 2025.

Defendants shall respond to the amended complaint no later than August 13, 2025. If Defendants file a motion to dismiss, Plaintiff's opposition shall be due by September 15, 2025. Defendants' reply in support of the motion to dismiss shall be due by September 26, 2025.

For reasons stated at the conference, discovery is stayed until the earlier of (1) the date on which any Defendant files an answer to the complaint and (2) the date on which the Court issues a ruling upon Defendants' anticipated motion to dismiss. The stay is without prejudice to Plaintiff's ability to move for the stay to be lifted upon a showing of changed circumstances.

SO ORDERED.

Dated: June 16, 2025
       New York, New York                              _____
                                                       LEWIS J. LIMAN
                                                       United States District Judge