UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2025
```

-------------------------------------------------------------------X

JAMARLIN MARTIN,                                  :
                                                  :
                         Plaintiff,               :
                                                  :                    25-cv-2715 (LJL)
              -v-                                  :
                                                  :                    ORDER
MARK ZAGORSKI, et al.,                            :
                                                  :
                         Defendants.              :
                                                  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff proceeding *pro se* moves for the Court to accept his untimely amended

complaint. Dkt. No. 42. By order of June 16, 2025, the Court granted Plaintiff's request to have

until July 14, 2025, to file an amended complaint. Dkt. No. 33. Plaintiff filed his amended

complaint on August 3, 2025. The motion is granted and the amended complaint at Dkt. No. 43

shall be deemed filed as of today, September 11, 2025. Defendants shall file a response no later

than September 25, 2025, or by whatever later date set by the Court upon letter motion. *See* Fed.

R. Civ. P. 15(a)(3). The amended complaint replaces in its entirety the complaint at Dkt. No. 1.

Pursuant to Rule 3C of the Court's Individual Practices in Civil Cases, the motions to dismiss at

Dkt. Nos. 14 and 18 are denied as moot. Pursuant to that same rule, Defendants may either move

to dismiss or may answer and, if they move to dismiss and wish to rely on their initially filed

memoranda of law, they shall so indicate and need not file the memoranda of law again.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 14, 18 and 42.

      SO ORDERED.

Dated: September 11, 2025
     New York, New York                          _____
                                                          LEWIS J. LIMAN
                                                     United States District Judge