**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

JAMARLIN MARTIN,

Plaintiff,

-against-

25 **CIVIL** 2715 (LJL)

# JUDGMENT

MARK ZAGORSKI, et al.,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2026, the motion to dismiss is GRANTED with prejudice and judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York

September 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**